IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| AUBREY BERRY | ) |
| Plaintiff, | ) |
| | ) No. 1:13-cv-87 |
| v. | ) Chief Judge Haynes |
| FEDERAL-MOGUL CORPORATION, et al | ) |
| Defendants. | ) |

## O R D E R

The initial case management conference in this matter is reset for September 30, 2013 at 3:30 p.m.

It is so **ORDERED**.

**ENTERED** this the 12th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court