IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| AUBREY BERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-87 |
| v. ) | Chief Judge Haynes |
| ) | |
| FEDERAL-MOGUL CORPORATION, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER

The initial case management conference in this matter is reset for September 30, 2013 at 3:30 p.m.

It is so **ORDERED**.

**ENTERED** this the 12th day of September, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court